## ORDER

PER CURIAM.

Patrick Smith ("Movant") appeals from the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. Movant contends the motion court erred in denying his motion without an evidentiary hearing because he alleged facts not conclusively refuted by the record that his trial counsel was ineffective for failing to request a continuance in order to investigate and present Movant's alibi defense.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. The motion court's findings of fact and conclusions of law are not clearly erroneous. Rule 29.15(k). An opinion reciting the detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).

Lisa D. Sigmund, St. Louis, MO, for appellant.

Jayne T. Woods, Jefferson City, MO, Joseph W. Smith, St. Charles, MO, for respondents.

Before: CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

## *ORDER*

PER CURIAM.

Douglas Colombatto appeals from the trial court's judgment denying his Petition for Expungement of his prior conviction for Driving While Intoxicated. We have reviewed the briefs of the parties and the record on appeal, and we see no error in the trial court's judgment. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b) (2011).

**Douglas COLOMBATTO, Appellant,**

v.

**Judy ZERR, et al., Respondents.**

No. ED 96003.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 18, 2011.

**Anthony DiSALVO, Jr., Respondent,**

v.

**Phyllis Rallo SKINNER, Appellant.**

No. ED 95999.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 18, 2011.